UNCLAIMED FUNDS

#60556
FILED
2010 MAR 18 PM 12: 48
CLERK US BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
CANTON

MARCH 17, 2010

04-65487     ROY WOODRUFF
             DIANA WOODRUFF
             CREDITOR DID NOT CASH CHECK
             CHECK #418648 FOR $473.85
             WELLS FARGO FINANCIAL OHIO, INC
             4137 121ST ST
             URBANDALE, IA  50323

0 . *
473.85 +
473.85 *