#60753 

UNCLAIMED FUNDS

FILED 2010 AUG 25 PM 2:08

AUGUST 24, 2010

07-61580    CHRISTOPHER ELDRIDGE
            PATRICIA ELDRIDGE
            DEBTORS DID NOT CASH CHECK
            CHECK #444577 FOR $106.14
            CHRISTOPHER & PATRICIA ELDRIDGE
            536 SOUTH SPRING ST
            BUCYRUS, OH 44820

05-61242    RHONDA DUFFY
            CREDITOR DID NOT CASH CHECK
            CHECK #444578 FOR $2.62
            NATIONAL CASH ADVANCE
            1270 EAST STATE STREET
            ALLIANCE, OH 44601

(04-65487)  ROY WOODRUFF
            DIANA WOODRUFF
            CREDITOR DID NOT CASH CHECK
            CHECK #444579 FOR $5.81
            FIRST MERIT BANK NA
            111 CASCADE PLAZA CAS 36
            AKRON, OH 44308

04-65723    JAMES BATES, JR
            AMY BATES
            DEBTOR DID NOT CASH CHECK
            CHECK #444580 FOR $4.20
            JAMES & AMY BATES, JR
            4431 2ND STREET NW
            CANTON, OH 44708

```
       0 . *
    106.14+
      2.62+
      5.81+
      4.20+
     48.70+
      3.61+
     18.26+
    189.34*
```